## WIGGINS *v.* THE STATE.

BECK, J. The evidence authorized the verdict, and no errors of law being complained of, the judgment of the court below refusing a new trial is affirmed.          *Judgment affirmed.*   *All the Justices concur.*

Submitted March 15,—Decided May 13, 1909.

Indictment for murder. Before Judge Whipple. Dooly superior court. January 22, 1909.

*W. V. Harvard* and *Watts Powell,* for plaintiff in error.

*John C. Hart,* attorney-general, and *Walter F. George,* solicitor-general, contra.